IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY YOUNG                       :

    v.                                :     Civil Action No. DKC 11-1970

                                      :
PRINCE GEORGE'S COUNTY, MD,
et al.                              :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 10th day of April, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The "partial motion to dismiss" filed by Defendants (ECF No. 25), construed as a partial motion for summary judgment and a partial motion for judgment on the pleadings, BE, and the same hereby IS, GRANTED;

2. Judgment BE, and the same hereby IS, ENTERED in favor of Defendant Officers A. Mirza, T. Hall, J. Walker, Mitchell, and Young and against Plaintiff as to Counts I, II, III, IV, V, and VI;

3. Judgment BE, and the same hereby IS, ENTERED in favor of Defendant Prince George's County and against Plaintiff as to Counts VII and VIII;

4. Judgment on the pleadings BE, and the same hereby IS, ENTERED in favor of Defendant Prince George's County and against

Plaintiff as to Count X and Count X BE, and the same hereby is, DISMISSED;

5. A separate scheduling order will be entered as to Count IX; and

6. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                       /s/
                               DEBORAH K. CHASANOW
                               United States District Judge